```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

SANFORD L. HUTTO, #085287        :

    Plaintiff,               :

vs.                              :     CIVIL ACTION 04-0522-WS-M

DR. ROBERT BARNES, et al.,       :

    Defendants.              :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that Plaintiff's complaint be and is hereby DISMISSED with prejudice.

DONE this 20th day of July, 2006.

_____
S/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE