```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

SANFORD L. HUTTO, #085287      :

    Plaintiff,             :

vs.                            :     CIVIL ACTION 04-0522-WS-M

DR. ROBERT BARNES, et al.,     :

    Defendants.            :


## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's complaint be and is hereby DISMISSED with prejudice.

DONE this 20th day of July, 2006.


                                        s/WILLIAM H. STEELE
                                      UNITED STATES DISTRICT JUDGE